MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:    Michael & Terrie Krasky

Chapter 7

Case No. 08-35590

Please Check One:

____    Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| LADCO Leasing<br>555 St. Charles Drive, Suite 200<br>Thousand Oaks, CA 91360 | 5 | $580.23 | $3.09 |

Date: March 15, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

RECEIVED 10 MAR 16 AM 8:00 U.S. BANKRUPTCY COURT ST. PAUL, MN